```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00738
   TIFFANY HARVARD HORTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-0680

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/16/2007 and was confirmed 05/03/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 03/13/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00              .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    43940.84              .00        9312.18
AMERICAN GENERAL FINANCE   SECURED           1271.00            87.78         501.64
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED              .00            .00
ARONSON FURNITURE          SECURED           1230.43            17.72        1230.43
ARONSON FURNITURE          UNSECURED         2871.02              .00            .00
AMERICAN COLLECTION        UNSECURED         1038.25              .00            .00
AMERICAS RECOVERY NETWOR   UNSECURED       NOT FILED              .00            .00
AMO RECOVERIES             UNSECURED       NOT FILED              .00            .00
BANK ONE                   UNSECURED       NOT FILED              .00            .00
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED              .00            .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED              .00            .00
FINANCIAL CREDIT CORP      UNSECURED       NOT FILED              .00            .00
GLOBAL PAYMENT CHECKS      UNSECURED       NOT FILED              .00            .00
GLOBAL PAYMENTS            UNSECURED       NOT FILED              .00            .00
ISAC                       UNSECURED         2643.12              .00            .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED              .00            .00
KEY NOTE CONSULTING        UNSECURED       NOT FILED              .00            .00
AMERICAS RECOVERY NETWOR   UNSECURED       NOT FILED              .00            .00
MEDICREDIT                 UNSECURED       NOT FILED              .00            .00
ST JAMES MUTUAL HOSPITAL   UNSECURED         2262.54              .00            .00
ASSET ACCEPTANCE LLC       UNSECURED         1856.68              .00            .00
ILLINOIS DEPT OF REV       PRIORITY           708.65              .00            .00
*LEGAL REMEDIES CHARTERE   DEBTOR ATTY       1,500.00                        1,500.00
TOM VAUGHN                 TRUSTEE                                             900.25
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    13,550.00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00738 TIFFANY HARVARD HORTON
```

```
PRIORITY                                                            .00
SECURED                                                       11,044.25
     INTEREST                                                    105.50
UNSECURED                                                           .00
ADMINISTRATIVE                                                 1,500.00
TRUSTEE COMPENSATION                                             900.25
DEBTOR REFUND                                                       .00
                                       ----------------  ----------------
TOTALS                                       13,550.00         13,550.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 05/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```